PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 15-1892 & 15- 2521
_____

UNITED STATES OF AMERICA

v.

YLLI GJELI, a/k/a Willie

Ylli Gjeli,
                    Appellant in No. 15-1892

FATMIR MUSTAFARAJ, a/k/a Tony

Fatmir Mustafaraj,
                    Appellant in No. 15-2521
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-13-cr-00421-001 and 002)
District Judge:  Hon. William H. Yohn, Jr.
_____

Submitted Under Third Circuit LAR 34.1(a)
June 12, 2017

Before:   JORDAN, KRAUSE, *Circuit Judges* and STEARNS[*], *District Judge*

(Filed : August 11, 2017)

_____

[*] Honorable Richard G. Stearns, United States District Court Judge for the District of Massachusetts, sitting by designation.

_____

ORDER AMENDING OPINION
_____

JORDAN, *Circuit Judge*.

IT IS NOW ORDERED that the above captioned opinion be amended as follows:

Page 2 of the Opinion, the name and address of counsel, Eugene P. Tinari, shall be deleted.

By the Court:


 s/ Kent A. Jordan
Circuit Judge

Dated:      August 23, 2017